**EXHIBIT 2**



## *Notice of Readiness*

**Vessel:** **PACIFIC MERIT**

**Port:** **NORFOLK, VA**

To Whom it May Concern,

This is to advise that the **HKG** flagged **PACIFIC MERIT**

arrived CAPE CHARLES **NORFOLK, VA** at 0001 **HRS LT** on 07TH JUN 2020

and is ready in all respects to Load a cargo of ABT 61670MT **COAL** . Laytime to commence in

accordance with all terms and conditions of the Charter Party governing this voyage.

**Remark(s):** THIS NOR IS TENDERED WITHOUT PREJUDICE TO ANY NOR ALREADY TENDERED

Please be guided accordingly,

M. V. "PACIFIC MERIT"

Master M/V PACIFIC MERIT                    *Master*

**For Receipt Only, As Agents Only**

**Signed:**

Host Agency 'As Agents Only'

# Laytime Calculations

| | |
|---|---|
| Vessel: **PACIFIC MERIT** | C/P Date: **22/05/2020** |
| DWT: **63,495.00** | By: **Giulia Gazola Patricio** |
| Voyage: **4** | Charterer: **Bluestone Coal Sales (Roanoke)** |
| Fixture: **20201405** | Charterer Contact: |
| Terms: **SHINC - SUN. & HOLIDAYS INCL.** | Calculating: **Non reversible** |
| Report Date (GMT): **24/07/2020 19:02** | |

## LOADING at NORFOLK

| | |
|---|---|
| Cargo: **COAL** | LOADING Rate: **20,000.00** (MT/Day) |
| Quantity: **61,600.000 MT** | Demurrage Rate: **7,000.00** (USD/Day) |
| Terms: **SHINC - SUN. & HOLIDAYS INCL.** | Despatch Rate: **3,500.00** (USD/Day) |

### Activities

| | | | |
|---|---|---|---|
| SU | 07/06/2020 | 00:01 | END OF SEA PASSAGE (ESP) |
| SU | 07/06/2020 | 00:01 | NOR TENDERED |
| SU | 07/06/2020 | 12:01 | LAYTIME COMMENCED |
| WE | 10/06/2020 | 13:56 | DEMURRAGE START |
| SA | 20/06/2020 | 15:00 | ANCHOR AWEIGH |
| SA | 20/06/2020 | 18:54 | ALL FAST / BERTH: |
| SU | 21/06/2020 | 07:50 | LOADING COMMENCED / CARGO: |
| MO | 22/06/2020 | 13:20 | LOADING COMPLETED |
| MO | 22/06/2020 | 13:35 | LAYTIME COMPLETED |
| TU | 23/06/2020 | 04:18 | START SEA PASSAGE (SSP) |

### Deductions

| Day | Start Time | End Time | Description/Remarks | Duration | % | Time Used |
|---|---|---|---|---|---|---|
| SA | 20/06/2020 15:00 | 20/06/2020 18:54 | SHIFTING | 00d03:54 | 100.00 | 00d03:54 |

| | |
|---|---|
| Allowed: | **03d01:55** (3.08000000 days) |
| Grace Time: | **00d00:00** (0.00000000 days) |
| Time Used: | **15d01:34** (15.06527778 days) |
| Time Deducted: | **00d03:54** (0.16250000 days) |
| Balance: | **-11d19:45** (-11.82277778 days) |
| Demurrage Amount: | **82,759.44** (USD) |

## Summary

| | |
|---|---|
| Demurrage Due: | **82,759.44 (USD)** |