# EXHIBIT 3



# Invoice

Bluestone Coal Sales Corporation  
302 S. Jefferson Street  
- Roanoke  
UNITED STATES

| | |
|---|---|
| Invoice Date: | 24 Jul 2020 |
| Invoice Number: | 084094FINV |
| Due Date: | 04 Aug 2020 |
| Company Ref: | 19493 / 11518103 / DATLAC |

| | | | |
|---|---|---|---|
| Vessel/Voyage: | PACIFIC MERIT / 4 | C/P Date: | 22 May 2020 |
| IMO Number: | 9731987 | | |
| Load Port(s): | NORFOLK | | |
| Discharge Port(s): | NORFOLK, GDANSK | | |

| Details | Amount (USD) |
|---|---:|
| COAL: Freight 61,546.000 MT * 6.00 USD | 369,276.00 |
| Laytime comp - lps w/ com 209,898.50 USD | 209,898.50 |
| Commission for Mid-Ship (Genova): 579,174.50 USD * 2.500 % | -14,479.36 |
| Demurrage - NORFOLK | 82,759.44 |
| Commission for Mid-Ship (Genova) @2.500% | -2,068.99 |
| Despatch - GDANSK | -2,359.22 |
| Previous payment on 22/09/2020 (081444FINV) | -544,972.00 |
| Previous payment on 22/09/2020 (081444FINV) | 544,972.00 |
| Previous payment on 22/09/2020 (081444FINV) | -393,044.10 |
| Previous payment on 22/09/2020 (081444FINV) | -151,927.90 |
| **Balance in favour of Dampskibsselskabet NORDEN A/S** | **98,054.37** |

## Terms and Instructions

| | | | |
|---|---|---|---|
| Payment Terms: | 30 Days after completion of discharge | | |
| Beneficiary: | Dampskibsselskabet NORDEN A/S | | |
| Payment Reference: | 084094FINV | | |
| Banking Details: | Danske Bank | Swift Code | DABADKKK |
| | Holmens Kanal 2-12 | Account no | 3016574694 |
| | 1092 Copenhagen K | Iban no | DK6330003016574694 |
| | DENMARK | | |
| Corresponding Bank: | BANK OF AMERICA | | |
| Swift Code: | BOFAUS3N | | |
| Bank Code: | | | |

Dampskibsselskabet NORDEN A/S, Strandvejen 52, DK-2900 Hellerup, DENMARK  
Phone No.:+45 3315 0451, VAT no: DK 67 75 89 19  
https://NORDEN.com

Page 1 of 2

Case 1:21-cv-00279-TDS-JEP    Document 1-3    Filed 04/01/21    Page 2 of 3



Yours faithfully

Mette Hahn Conradsen

Dampskibsselskabet NORDEN A/S, Strandvejen 52, DK-2900 Hellerup, DENMARK
Phone No.:+45 3315 0451, VAT no: DK 67 75 89 19
https://NORDEN.com