# EXHIBIT 4



# Invoice

Bluestone Coal Sales Corporation  
302 S. Jefferson Street  
- Roanoke  
UNITED STATES

Invoice Date: 24 Jul 2020  
Invoice Number: 081443FINV  
Due Date: 20 Nov 2020  
Company Ref: 19493 / 11518103 / DATLAC

| | |
|---|---|
| Vessel/Voyage: | PACIFIC MERIT / 4 |
| IMO Number: | 9731987 |
| Load Port(s): | NORFOLK |
| Discharge Port(s): | NORFOLK, GDANSK |

C/P Date: 22 May 2020

## Details | Amount (USD)

FInal payment M/V Pacific Merit - 4     $75.000,000

**Balance in favour of Dampskibsselskabet NORDEN A/S**     75.000,00

This is to confirm that payment of the attached invoice is in full and final settlement of all obligations owed by the parties under that certain agreement dated 13th November 2020, including any amendments, for M/V PACIFIC MERIT - NORDEN/BLUESTONE - C/P 05.22.2020.

## Terms and Instructions

| | | | |
|---|---|---|---|
| Payment Terms: | 30 Days after completion of discharge | | |
| Beneficiary: | Dampskibsselskabet NORDEN A/S | | |
| Payment Reference: | 081443FINV | | |
| Banking Details: | Danske Bank | Swift Code | DABADKKK |
| | Holmens Kanal 2-12 | Account no | 3016574694 |
| | 1092 Copenhagen K | Iban no | DK6330003016574694 |
| | DENMARK | | |
| Corresponding Bank: | BANK OF AMERICA | | |
| Swift Code: | BOFAUS3N | | |
| Bank Code: | | | |

Dampskibsselskabet NORDEN A/S, Strandvejen 52, DK-2900 Hellerup, DENMARK  
Phone No.:+45 3315 0451, VAT no: DK 67 75 89 19  
www.ds-norden.com

Page 1 of 2

Case 1:21-cv-00279-TDS-JEP   Document 1-4   Filed 04/01/21   Page 2 of 3



Yours faithfully


Giulia Gazola Patricio

Dampskibsselskabet NORDEN A/S, Strandvejen 52, DK-2900 Hellerup, DENMARK
Phone No.:+45 3315 0451, VAT no: DK 67 75 89 19
www.ds-norden.com