**EXHIBIT 6**

```
          IN THE UNITED STATES DISTRICT COURT

      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                    AT BECKLEY

              *  *  *  *  *  *  *  *

JAMES RIVER EQUIPMENT   *

VIRGINIA, LLC,          *

    Plaintiff           *   Civil Action No.

    vs.                 *   5:13-cv-28160

JUSTICE ENERGY          *

COMPANY, INC.,          *

    Defendant           *

              *  *  *  *  *  *  *  *


                  DEPOSITION OF

                STEPHEN W. BALL

                March 14, 2019
```

Any reproduction of this transcript is prohibited

  without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
1-800-727-4349

2

1                                    DEPOSITION

2                                        OF

3       STEPHEN W. BALL, taken on behalf of the Defendant

4       herein, pursuant to the Rules of Civil Procedure,

5       taken before me, the undersigned, Bradley Scott, a

6       Court Reporter and Notary Public in and for the State

7       of West Virginia, at the law offices of Carey, Scott,

8       Douglas & Kessler, PLLC, 707 Virginia Street, East 901

9       Chase Tower, Charleston, West Virginia on Thursday,

10      March 14, 2019 beginning at 10:07 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Sargent's Court Reporting Service, Inc.
1-800-727-4349

3

1                    A P P E A R A N C E S

2

3     FRED B. WESTFALL, JR., ESQUIRE

4     Assistant United States Attorney

5     300 Virginia Street East

6     Room 4000

7     Charleston, WV  25301

8         COUNSEL FOR UNITED STATES

9

10    MICHAEL W. CAREY, ESQUIRE

11    Carey, Scott, Douglas & Kessler, PLLC

12    901 Chase Tower

13    707 Virginia Street East

14    Charleston, WV  25301

15        COUNSEL FOR DEFENDANT

16

17    JOHN F. HUSSELL, IV, ESQUIRE

18    Wooton, Davis, Hussell & Ellis

19    300 Summers Street

20    Suite 1230

21    Charleston, WV  25301

22        COUNSEL FOR DEFENDANT

23

24

4

1                        I N D E X

2

3    WITNESS: STEPHEN BALL

4    EXAMINATION

5       By Attorney Westfall                    7 - 76

6    EXAMINATION

7       By Attorney Carey                       76 - 77

8    DISCUSSION AMONG PARTIES                    77 - 78

9    CERTIFICATE                                     79

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

5

1                          EXHIBIT PAGE

2

3                                                    PAGE

4    NUMBER    DESCRIPTION                      IDENTIFIED

5    1         Financial Statement of Debtor         8

6    2         Balance Sheet 12/31/16               42

7    3         Balance Sheet 12/31/17               42

8    4         Property Return for Justice/

9              Bluestone                            52

10   5         Equipment list as of 1/21/15         60

11   6         Depreciation lists 2014-2017         61

12   7         Revised property list March 2019     72

13

14

15

16

17

18

19

20

21

22

23

24

Sargent's Court Reporting Service, Inc.
1-800-727-4349

6

1                          OBJECTION PAGE

2

3    ATTORNEY                                    PAGE

4                            NONE MADE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

7

1                    S T I P U L A T I O N

2    -------------------------------------------------------

3    (It is hereby stipulated and agreed by and between

4    counsel for the respective parties that reading,

5    signing, sealing, certification and filing are not

6    waived.)

7    -------------------------------------------------------

8                    P R O C E E D I N G S

9    -------------------------------------------------------

10                        STEPHEN BALL,

11   CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND

12   HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS

13   FOLLOWS:

14                           ---

15                        EXAMINATION

16                           ---

17   BY ATTORNEY WESTFALL:

18        Q.    Would you state your name, please?

19        A.    Stephen Ball.

20        Q.    Mr. Ball, my name is Fred Westfall.  And I

21   represent the United States in this case.  Anytime if

22   you do not hear or understand a question that I ask of

23   you, let me know.  I'll be happy to repeat or rephrase

24   the question for you.

8

1          We're taking your deposition.  Have you ever

2    been deposed before?

3          A.   Yes, sir.

4          Q.   So the general rules are you have to give

5    verbal responses to the questions because the court

6    reporter can't record gestures or nods of the head.

7    And if you, at any time, you need to take a break.  If

8    you let me know, we'll be happy to take a break.

9          Do you understand that?

10         A.   I do.

11         Q.   Okay.

12         Can you --- you've been furnished as a

13   witness in our --- in the James River Equipment

14   Virginia, LLC versus Justice Energy Company,

15   Incorporated case in connection with our United States

16   inquiring on the certain financial information.  And I

17   want to show you what's been marked as Exhibit Number

18   1 and have you just take a look at that for just a

19   moment, if you would, please.

20                        ---

21              (Whereupon, United States Exhibit 1,

22              Financial Statement of Debtor, was

23              marked for identification.)

24                        ---

9

```
 1                    THE WITNESS:  I forgot my glasses.
 2                    ATTORNEY WESTFALL:  Be my guest.
 3                    THE WITNESS:  They're just down the
 4      hall.  I'm sorry.
 5                    ATTORNEY WESTFALL:  We'll just take a
 6      break.
 7                              ---
 8      (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)
 9                              ---
10      BY ATTORNEY WESTFALL:
11          Q.   Would you take a look at page six of Exhibit
12      1, please?
13          A.   Okay.
14          Q.   Is that your signature on page number six?
15          A.   It is.  Yes, sir.
16          Q.   And I notice in looking at your title,
17      you're listed as Vice President and then General
18      Counsel of Justice Energy Company, Incorporated.  Is
19      that your position?
20          A.   Yes, sir.
21          Q.   Let me just ask you just a couple questions
22      about your educational background.  Where did you go
23      to undergraduate school?
24          A.   I graduated from Marshville University in
```

Sargent's Court Reporting Service, Inc.
1-800-727-4349

10

1    1997 with a degree in finance.

2         Q.   And where did you attend law school?

3         A.   I graduated from West Virginia University

4    College of Law in 2001.

5         Q.   Have you ever been engaged in the private

6    practice of law outside of a corporate setting?

7         A.   No, sir.

8         Q.   And when --- I take it you're licensed to

9    practice law.

10             Is that correct?

11        A.   Yes.

12        Q.   And when were you first licensed?

13        A.   2001.

14        Q.   And have you always been engaged in the

15   corporate practice of law so to speak since your

16   graduation from law school?

17        A.   Yes.

18        Q.   And where were you employed after law

19   school?

20        A.   My first job was with Blue Stone Industries,

21   Inc., which is also owned by the same owners of

22   Justice Energy.  Started as assistant CFO and general

23   counsel.

24   Q.   Do you have a --- are you a CPA by chance?

11

1       A.    No, sir.

2       Q.    Let's take a look at Exhibit 1.  I want to

3    just ask some general questions first.  In section one

4    on page one of Exhibit Number 1, it indicates that

5    Justice Energy Company Incorporated is a coal mining

6    business.  Is Justice Energy still involved in coal

7    mining?

8       A.    Yes.

9       Q.    And can you tell me what mines that it

10   currently mine coal in?

11      A.     It currently operates what is known as the

12   Red Fox Surface Mine.  It's actually located in

13   McDowell County, West Virginia.  But the closest town

14   is Bishop, Virginia.  It's right on the state line.

15      Q.    Does Justice Energy have any other coal

16   mines other than Red Fox?

17      A.    No.

18      Q.    Does Justice Energy actually own Red Fox?

19      A.    No.

20      Q.    Who owns Red Fox?

21      A.    The Red Fox mine has a few different

22   components to it.  Typically with a coal mine, you

23   have the mining permit.  You have the coal reserves

24   and then you have equipment associated with that.  The

12

1   mining permit is in the name of Blue Stone Coal

2   Corporation.   The reserves are owned by separate

3   company that's unrelated, it's called Rowland Land

4   Company.

5          And it's leased to an affiliate of Justice

6   Energy called James C. Justice Companies, LLC.   And

7   Justice Energy operates the coal mine.   It does own

8   some of its own equipment but a lot of that equipment

9   is provided to it by affiliate entities.

10      Q.   And who are those affiliate entities?

11      A.   The primarily --- and in fact I think it's

12  the only other entity, Blue Stone Resources, Inc.

13  provides most of the equipment to Justice Energy

14  Company.

15      Q.   Let me kind of --- we talked about a lot of

16  different companies and I want to try and understand

17  the relationships that exist with the companies.   So

18  when we talk about Justice Energy, who owns Justice

19  Energy.

20      A.   Its parent company is JCJ Coal Group, LLC.

21      Q.   And who owns JCJ Coal Group, LLC?

22      A.   Blue Stone Mineral, Inc.

23      Q.   And who owns Blue Stone Mineral, Inc.

24      A.   Blue Stone Resources, Inc.

13

1          Q.    And who owns Blue Stone Resources, Inc.

2          A.    James C. Justice, II and James C. Justice,

3     III.

4          Q.    And they own them in their individual

5     capacities.

6                Is that correct?

7          A.    Yes, sir.

8          Q.    Now going backwards for just a moment to Red

9     Fox.  I just want to make sure I understand.  The mine

10    you said was actually owned by one entity or person.

11         A.    The mining permit is in the name of Blue

12    Stone Coal Corporation.

13         Q.    Who owns Blue Stone Coal, Corp.?

14         A.    Blue Stone Industries, Inc.

15         Q.    And who owns Blue Stone Industries, Inc.?

16         A.    Blue Stone Mineral.

17         Q.    Okay.

18               And you said the reserves are owned by ---?

19         A.    James C. --- I'm sorry.  James C. Justice

20    Companies, LLC.  I'm sorry.  They're leased.  The

21    leasee is James C. Justice Companies, LLC.  The actual

22    owner is, we refer to them as Rowland Land Company.  I

23    think they formed a special purpose entity for

24    purposes of owning those reserves.  That its title is

14

1    RLC, TN, LLC.

2        Q.    And Rowland Land Company and R --- let me

3    just make sure I get the initial right, R --- I think

4    you said was RLC, TN?

5        A.    Yes, sir.

6        Q.    Are they related in any way to any of the

7    other companies either Blue Stone Mineral, Blue Stone

8    Resources, James C. Justice, JCJ Coal Group, anything

9    like that?

10       A.    No, sir.

11       Q.    Okay.

12             So we talked about the reserves in the

13   permit.  Who actually owns the mine?

14       A.    Just so we're on the same page ---?

15       Q.    The real estate for the mine.

16       A.    So the surface ---.

17       Q.    I tell you ---.

18       A.    I'm just --- I'm just trying to ---.

19       Q.    Yeah, let me try to clarify this.  Is Red

20   Fox a surface mine or a deep mine?

21       A.    It is a surface mine.

22       Q.    Okay.  All right.

23             And so we talk about the reserves.  Are

24   those the surface rights or are they separate from

15

1    being reserves?

2        A.    Can I give you a background on how we view

3    it and --- 'cause I just don't want us to talk past

4    one another?

5        Q.    That's perfectly fine.

6        A.    Typically when we receive a lease to mine

7    coal with it comes the rights to use the surface to

8    remove that coal.  And so I don't know specifically

9    who owns those surface.  But it is my understanding

10   that RLC, TN owns the surface and then provides us the

11   right to use the surface through our coal lease.

12       Q.    Okay.

13             And you said the equipment that's used to

14   mine the coal, some is actually owned by Justice

15   Energy and some is owned by other entities?

16       A.    Yes.

17       Q.    And who was the other entities that furnish

18   equipment to the Red Fox mine?

19       A.    Blue Stone Resources, Inc.

20       Q.    Anybody else?

21       A.    That's it.

22       Q.    Okay.

23             And at this time does Justice Energy have

24   either made leases, rights, or any other ownership of

16

1    any kind on any mines other than Red Fox?

2        A.    No.

3        Q.    Okay.

4             Let's take a look at section two on page

5    one, of Exhibit 1 for just a moment.  According to

6    Exhibit Number 1, it looks like that, well we already

7    discussed that, but Justice Energy is a wholly owned

8    subsidiary of JCJ Coal Group, LLC.

9             Is that correct?

10       A.    Yes, sir.

11       Q.    And looking at 5b on Exhibit 1, it says that

12   James C. Justice, III is the President.

13            Is that correct?

14       A.    Yes, sir.

15       Q.    And under 5c, you're listed next.  And what

16   is your position with Justice Energy?

17       A.    Vice President and General Counsel.

18       Q.    And the third person listed is James T.

19   Miller. And it looks like he's listed as the

20   Treasurer.

21            Is that correct?  Secretary and Treasurer.

22       A.    That's correct, yes.

23       Q.    Are there any other officers, corporate

24   officers, for Justice Energy?

17

1        A.    No.

2        Q.    Let's talk a little bit about Mr. Justice,

3    III, and his role in the company.  What is his role?

4    I mean, as President, what does he do?

5        A.    He oversees the operations of the company.

6        Q.    And is he also an officer of any of the

7    other companies in this chain that goes up through to

8    himself as being a part owner?

9        A.    He is, yes.

10        Q.    What other companies is he an officer of?

11        A.    He generally serves as the President of all

12    of the companies so for Blue Stone Resources and Blue

13    Stone Mineral, Inc.  Both corporations he serves as

14    the president.  Even our LLC, we --- and our operating

15    agreements provide the ability to nominate officers.

16    So we also have traditional officer names in our LLCs.

17    So he's also the President of James C. Justice

18    Company, LLC and JCJ Coal Group, LLC.

19        Q.    And I take --- I know we talked about the

20    owner being his father, James C. Justice, II.  I'm

21    assuming he's been owner.  He's not an officer at any

22    of these companies at the moment.

23            Is that correct?

24        A.    That's correct.

18

1      Q.   Let's talk about Mr. Miller for just a

2   moment. Is he an officer at any of the other

3   companies?

4      A.   He is, yes.

5      Q.   And what other companies?

6      A.   Generally speaking, we have the same

7   officers in these companies.  For Mr. Miller, it does

8   vary occasionally that he's either secretary or

9   treasurer.  He's not always both.  Without having that

10   in front of me, I don't want to misspeak but he

11   generally will be either secretary or treasurer or

12   both in all of the --- the same entities.

13      Q.   Let's confine it for just a moment to

14   Justice Energy, what does Mr. Miller do as Secretary

15   and Treasurer of Justice Energy?

16      A.   Mr. Miller is currently not engaged in any

17   day to day activities with Justice Energy.  He's a

18   long time employee for the Justice family and all of

19   their other operations.  And he traditionally, has

20   been listed as either secretary or treasurer.  He's an

21   accountant by trade.

22          Today, most of his activities either relate

23   to the Greenbrier Hotel or there are a few coal

24   businesses in Kentucky and Virginia that he's

19

```
1    overseeing the accounting on.  But he's not engaged in
2    anything with Justice Energy on a day to day basis.
3        Q.    Okay.
4              And I don't mean to make light of this but
5    basically I take it that his role as secretary and
6    treasurer of Justice Energy is basically more or less
7    ceremonial.
8        A.    That's correct.
9        Q.    Let go to page 7c for just a moment.  Excuse
10   me section 7c on page three of Exhibit Number 1 for
11   just a moment.  You have it listed there as $1.23
12   million.  And I'm taking that's the civil penalty
13   involved in this case.
14             Is that correct?
15       A.    Yes, sir.
16       Q.    Are there any other judgements or liens
17   against Justice Energy other than the civil penalty?
18       A.    There are --- there are no other judgements
19   that I'm aware of.  As a subsidiary --- indirect
20   subsidiary, Blue Stone Resources, there are some liens
21   with Blue Stone Resources credit facilities that could
22   apply to Justice Energy.
23       Q.    And when you say credit facilities, I take
24   it these are entities that make loans to Blue Stone
```

20

1    Resources.

2         A.    Correct.

3         Q.    And when you talk about the type of credit

4    for Blue Stone Resources, just generally, what kinds

5    of credit was extended that might potentially relate

6    to or pertain to Justice Energy?

7         A.    So the equipment that Blue Stone Resources

8    owns that's used at the Justice Energy facility, all

9    of that equipment has been financed by various

10   equipment financing companies.  And so they would have

11   --- and I think most of those are purchase mining type

12   liens.  Some of the other ones are kind of traditional

13   term debt where there's just a security agreement.

14   And there's a pledge of collateral that has a blanket

15   that applies to equipment and fixtures.

16             That would be --- Blue Stone Resources has,

17   I think there's two term loans that have those type of

18   security agreements associated with them.

19        Q.    Kind of a cross collateral type arrangement?

20        A.    No ---.

21        Q.    Maybe that's too simplistic, I'm sorry.  I

22   don't mean to be ---.

23        A.    No, no, no.  It's not too simplistic.  It's

24   just that, it's a real general --- it's a real broad

21

1   security agreement that did not attempt to

2   specifically list items of machinery or equipment or

3   fixtures.  It's just one of those that says in all

4   fixtures and equipment and inventory associated

5   therewith.

6           And so, I mean, I think it can be opened to

7   interpretation, whether it's specific or not.  But

8   there's definitely some Blue Stone Resources

9   collateral agreements out there that have that type of

10  language in it.

11       Q.   Okay.

12           Let's take a look at page ten or excuse me,

13  page four of Exhibit Number 1, section five item

14  number ten.  Under real estate it says none.  And I

15  think we already gone through this but does Justice

16  Energy actually own any true real estate?

17       A.   No.

18       Q.   Does Justice Energy have its own office

19  located somewhere?

20       A.   No.  There's a little mine office that's at

21  the mine site.  It's equivalent of a single wide

22  trailer.  But typically we lease those from a leasing

23  company.

24       Q.   So, just so I make sure, Justice Energy does

22

1    not have its own corporate headquarters anywhere.

2         Is that correct?  Physically, physical

3    corporate headquarters.

4         A.    No.

5         Q.    Now, I notice, also is going back to page

6    one of Exhibit Number 1, that in terms of the business

7    address for Justice Energy is 302 South Jefferson

8    Street in Roanoke, Virginia.  Who else is located at

9    that particular address?

10        A.    That's the address where Blue Stone

11   Resources is operated out of.  And so to the extent,

12   Justice Energy has any accounting or anything like

13   that, that's all done out of the 302 South Jefferson

14   location.  And Blue Stone Resources as the ultimate

15   parent company provides those services to their

16   subsidiaries.

17             There are other --- other coal companies own

18   by the Justice family that operates out of there.

19   There's several of them.  Southern Coal Corporation,

20   Kentucky Fuel Corporation, A&G Coal Corporation,

21   Virginia Fuel Corporation.

22        Q.    So Blue Stone Resources supplies, for

23   example I'm going to assume.  Well maybe I won't

24   assume.  Does Blue Stone Resources supply like all of

23

1    the administrative payroll and financial services

2    needed by Justice Energy Company?

3         A.   Yes, they do.

4         Q.   And Justice Energy Company does not have any

5    of its own employees who supply or perform those

6    services.

7         A.   It does not.  That's correct.

8         Q.   Does Justice Energy Company have any actual

9    employees?

10        A.   Yes.  It has some employees that work at the

11   mine site.

12        Q.   And what types of employees at the mine site

13   does Justice Energy have?

14        A.   It would be the equipment operators for the,

15   you know, the trucks, the bulldozers, the coal

16   loaders, mechanics associated with those machines.  It

17   would be hourly labor type employees.

18        Q.   In terms of the supervisory personnel at

19   just --- at the Red Fox, I guess it's the Red Fox mine

20   is what we talked about.  Are there any supervisory

21   employees employed by Justice Energy Company?

22        A.   The foremen are employed by Blue Stone

23   Industries, Inc.

24        Q.   Okay.

Sargent's  Court  Reporting  Service,  Inc.
1-800-727-4349

24

1          Are there any professional like engineers or

2     any other professional people employed by Justice

3     Energy Company?

4          A.   No.

5          Q.   Who actually prepares --- well let me go

6     back and ask the question this way, are there any

7     state or federal tax returns prepared for Justice

8     Energy Company?

9          A.   They are part of the consolidated tax

10    returns. So there are no standalone tax returns for

11    Justice Energy Company.

12         Q.   And when you say consolidated, how are they

13    consolidated?

14         A.   Blue Stone Resources, Inc. files a

15    consolidated tax return for itself and all of its

16    subsidiaries. And so they are included, they being

17    Justice Energy, is included in the Blue Stone

18    Resources tax return.

19         Q.   And is Blue Stone Resources, is it --- is

20    its tax return part of any other consolidated returns?

21         A.   No. It is a C corporation and it files ---

22    other than for its subsidiaries, it files as a

23    standalone.

24         Q.   Let's go to page five, Exhibit Number 1,

25

1    section 6, item number 13 on bank accounts.  I'm
2    looking at this Exhibit Number 1 at that particular
3    location.  There's only one bank account listed.  It's
4    with BB&T.  Is this a payroll account?
5         A.   I think that's its primary purposes.  I
6    don't think that it's limited to only being a payroll
7    account but that is its primary purpose.
8         Q.   And when the actual amount of funds put into
9    account to make payroll for the employees, who
10   furnishes those funds?
11        A.   Typically those would come from Blue Stone
12   Resources, Inc.
13        Q.   Does Justice Energy put any of its own
14   funds into the account?
15        A.   No.
16        Q.   Does Justice Energy have any --- does it
17   ever generates its own revenues?
18        A.   The coal that Justice Energy mine is sold
19   through an affiliate, Blue Stone Coal Sells
20   Corporation. And Blue Stone Coal Sells Corporation,
21   when they receive the revenues from the coals sold,
22   that would be provided by Justice Energy either
23   directly or through Blue Stone Resources to help
24   Justice Energy fund their operations.

26

1          Currently, Justice Energy operates at a
2    deficit.  It's losing money each month.  So its
3    shortfall is made up by Blue Stone Resources.
4          So I guess in a way, it does put money in
5    its accounts by the coal that it sells.  But
6    currently, it's operating as a deficit.
7          Q.   What type of coals do you mine at the Red
8    Fox mine?
9          A.   It's what's known as midvol or medium
10   volatile coking coal, metallurgical coal.
11         Q.   That's still a pretty good market for
12   metallurgical coal compared to the others.
13         Is that correct?
14         A.   Yes.
15         Q.   I don't know much about the coal business
16   but I do know a little bit.  Metallurgical coal seems
17   to be doing pretty well.
18         Let's take a look at page six of Exhibit
19   Number 1 for just a moment.  I'd like to go over, on
20   the right hand column there where it says expense
21   items and ask some questions about that.  Item number
22   30 shows a rent paid by Justice Energy of $118,187.45.
23   What's the rent for?
24         A.   It's for a rail siding where coal is loaded

Sargent's Court Reporting Service, Inc.
1-800-727-4349

27

1    on the Norfolk Southern Railway.  There's an annual

2    rental that's due with that.

3         Q.    And is that paid to Norfolk Southern?

4         A.    Yes.

5         Q.    And let's look at item number 37 insurance.

6    What --- for $217,202.80.  What's that insurance for?

7         A.    The Blue Stone Resources group of companies

8    has a group insurance policy for general liability,

9    property, Workers' Comp.  It's a group policy and that

10   total amount is allocated out to the various operating

11   subsidiaries.

12              Ideally, you know, should be proportionate

13   to the amount of coal they're producing is how we

14   typically try to do that.  And so that is Justice

15   Energy's allocation of that insurance expense.

16        Q.    And the miscellaneous expenses on item

17   number 38.  Can you just kind of give me a general

18   idea of what that covers?

19        A.    For it to fall in to a miscellaneous

20   category, and I can't remember this specifically off

21   the top of my head, but that generally is just

22   something that is small that doesn't fall into one of

23   these categories above.  Or into the categories of our

24   --- one of the categories of our internal financial

28

1    statement.

2           But if it--- even if it doesn't fit in to

3    one of those categories, if it would exceed say

4    $25,000 or $50,000, we would create a name for that so

5    we would know what it is.  This is for very small

6    nominal things.

7        Q.   Okay.

8           Let's go to the last page of Exhibit Number

9    1. It's an attachment that deal with question 11 and

10    it talks about some equipment.  And it deals with

11    equipment that was apparently financed through

12    Caterpillar Financial Services.  And just so I make

13    sure I understand, is this when the company was

14    acquired from and I don't know how to pronounce that,

15    it looks like Mechel, M-E-C-H-E-L O-A-O.  The company

16    held certain mining equipment that was collateral for

17    loans to Caterpillar Financial Services.

18           After Justice Energy was acquired from

19    Mechel, did it have the Caterpillar equipment or I

20    should say the equipment that was financed by

21    Caterpillar for any period of time?

22        A.   I --- yes.  Yes.

23        Q.   Okay.

24           How long --- well let me ask the question

29

1   this way.  When were the items surrendered to

2   Caterpillar Finance to satisfy the loan obligations?

3        A.   I can't recall the exact date but it was

4   very soon after the reacquisition.  And no one can

5   pronounce that name by the way so it gets pronounced

6   five different ways.  So, I'll say it three different

7   ways while we're talking about.

8        Q.   Okay.

9        A.   At the time of the reacquisition, Mechel had

10  fallen behind with all of their creditors.  And the

11  two big ones, financially speaking, were Caterpillar

12  Financial and Komatsu Financial.  Two of which that

13  the Justice organization does a lot of business with

14  and other areas of business as well.

15            And so there was some interest in getting

16  those two accounts cleared up so we could move forward

17  from a business standpoint.

18            And the equipment, it was easier to

19  surrender the equipment than try to figure out a way

20  to pay off the loans.  Because they were severely

21  under water and if it weren't for our overall

22  relationship with Caterpillar Financial and Komatsu,

23  probably would not have been able to get those deals

24  done.  But they were somewhat --- they were somewhat

Sargent's Court Reporting Service, Inc.
1-800-727-4349

30

1    of an accommodation with us because of the ongoing

2    business.

3        Q.   So when was Justice Energy acquired from

4    Mechel or however you pronounce the name of the

5    company?

6        A.   Yeah.  February of 2015.

7        Q.   And looking at again on the last page of

8    Exhibit Number 1, at the end it says currently the

9    equipment used as the Company's Red Fox site is owned

10   by related parties that are rented to the company on

11   an intercompany basis.  And I think we already talked

12   about the companies that are furnishing the equipment

13   to Red Fox.

14         Is that correct?

15       A.   Yes.

16       Q.   And does Justice Energy actually pay any

17   rental user fees or any other kind of --- or provide

18   any other compensation to the companies that are

19   basically renting the equipment to Justice Energy?

20       A.   Not currently.  In the ordinary course or in

21   a typical situation, we would do that.  But because

22   the mine is not generating excess cash flow currently,

23   that's not being done.

24       Q.   How long has Justice Energy been running at

31

1    a loss?

2        A.   Justice Energy was idle at the time of the

3    reacquisition in 2015.  We briefly operated it.  There

4    were some --- there were some coal stockpiles there.

5    The coal, the quality was really bad because it had

6    set there for a very long time.  But we --- we loaded

7    some of that coal out in 2016 but didn't really

8    operate the mine.

9             And then the mine was completely idle until

10   2018.  And so it's only been operating in total for

11   about ten months now.  And all of those months now

12   have been at a deficit.  The production hasn't been

13   what we expected it to be.

14       Q.   And for the ten months, are we talking about

15   ten months since what period of time?

16       A.   So they --- the Justice Energy mine started

17   around --- I think we started hiring men back in late

18   February of 2018.  And the mine --- normally takes six

19   to eight weeks to get a mine started up.  So I think

20   that it started production probably late April 2018.

21       Q.   So from January of 2016 up until February of

22   2018, was the mine, the Red Fox mine, operational?

23       A.   No, other than selling some of those coal

24   stockpiles that I mentioned.  And so there were some

32

1   people there doing that.  It was not otherwise

2   operational.

3        Q.   Again, I'm going to ask some additional

4   questions.  If I seem to be repetitive, I apologize.

5   So the accountants for Justice Energy, those are

6   actually supplied by the Blue Stone group.

7             Is that correct?

8        A.   Yes.

9        Q.   Okay.

10            And who are on the Board of Directors for

11  Justice Energy?

12       A.   James C. Justice, III and Jillean, that's

13  spelled J-I-L-L-E-A-N, Justice.

14       Q.   And we're talked a little bit about the

15  employees of Justice Energy.  The employees that are

16  currently working for Justice Energy had been there

17  roughly since February of 2018.

18       A.   Yes.

19       Q.   Do you know how many employees that are

20  actually employed there now?  Just roughly.

21       A.   Yeah, the last time I checked it was

22  approximately 30.

23       Q.   Does Justice Energy have any pension plans

24  of any kind?

33

1        A.     The employees of Justice Energy are part of

2   the United Mine Workers bargaining unit.  And so

3   there, there is some legacy liability owed to the

4   United Mine Workers' pension plan.  So that's all

5   governed by their CBA.  Some of the --- there's a

6   distinction if employees start after a certain date.

7   They are not eligible for the pension plan but they

8   have a 401(k) available to them.  But that's all

9   dictated by the collective bargaining agreement.

10       Q.     And is there a collective bargaining

11  agreement between the UMWA and Justice Energy or is

12  between the UMWA and another entity?

13       A.     It's directly with Justice Energy.  To be

14  honest with you, that the real reason why Justice

15  Energy continues to operate.

16       Q.     At a deficit?

17       A.     There would be a larger deficit if they

18  stopped operating.

19       Q.     Okay.

20             Do any of the insurance policies of Justice

21  Energy --- well I think you said the insurance is

22  actually provided through one of the Blue Stone

23  companies to Justice Energy.

24             Is that correct?

34

1      A.   Blue Stone Resources, Inc. is the primary

2   insured.  But there's a schedule of additional

3   insureds.  And Justice Energy is one of those

4   additional insureds.

5      Q.   Does Justice Energy have any insurance

6   policies or have any ownership rights in any insurance

7   policies that have a cash value?

8      A.   No.

9      Q.   Does Justice Energy ever have any

10   stockholder meetings or Board of Director meetings?

11      A.   We do --- we do agreements in lieu of

12   meetings.  Where it's a closely held business.   Jillean

13   is James C. Justice, III's sister.   There they work

14   together in a lot of the family's businesses.   So I

15   mean we have had not necessarily Justice Energy but

16   the family occasionally will have a board meeting but

17   it's not common.   Typically, we dispense with the

18   annual requirements via agreement in lieu of meeting.

19      Q.   So they just basically sign a document that

20   says more or less we had a meeting on paper?

21      A.   Yes.

22      Q.   Okay.

23          And in terms, of corporate minutes, just

24   Justice Energy have any separate corporate minutes of

35

1   any kind?

2       A.   No, just those agreements in lieu of

3   meetings that we just discussed.

4       Q.   And other than the BB&T account, are you

5   aware of any other bank accounts that's owned by

6   Justice Energy?

7       A.   No.

8       Q.   Does Justice Energy have any ownership

9   interest in any kind of foreign bank accounts or

10  foreign investment accounts of any kind?

11      A.   No.

12      Q.   In fact, does Justice Energy have any

13  investment accounts of any kind?

14      A.   No.

15      Q.   Does Justice Energy own any stocks or bonds?

16      A.   No.

17      Q.   And what about reclamation bonds?  Does

18  Justice Energy have any reclamation bonds?

19      A.   The bonds are in --- the bonds are in the

20  name of Blue Stone Coal Corporation, the permittee.

21  And it's part of what I'll describe as a broader or

22  global bonding program for all of the Blue Stone

23  mining companies.

24      Q.   Are those cash bonds or are they surety

36

1    bonds?

2        A.   They're surety bonds.

3        Q.   And who is the surety involved or are there

4    --- was there more than one?

5        A.   There it's primarily a group called Lexon.

6    My only hesitation is I know globally, we have a

7    couple other smaller bonding companies.  I don't think

8    they related to Justice Energy though.

9        Q.   Does Justice Energy have any certificates or

10   deposits of any kind?

11       A.   No.

12       Q.   Does it have any safety deposit boxes?

13       A.   No.

14       Q.   I may have asked this and forgive me but

15   does Justice Energy own any real estate?

16       A.   No.

17       Q.   And does Justice Energy have any leases of

18   any kind?  Either real estate or coal?

19       A.   No.

20       Q.   Does Justice Energy have any credit cards?

21       A.   No.

22       Q.   And does Justice Energy have any letters of

23   credit?

24       A.   No.

37

1       Q.    Does Justice Energy have any accounts
2   receivable?
3       A.    No.
4       Q.    And does anyone owe debts to Justice Energy?
5       A.    No.
6       Q.    Now we talked about on the mine site that
7   there's like a one of these portable office buildings,
8   I believe.  Or something like that.  Is there really
9   any office equipment or anything like that in that
10   particular mobile office site or that office site
11   that's on the coal ---
12       A.    No.
13       Q.    --- on the mine, I'm sorry.
14       A.    I'm sorry for talking over you.
15       Q.    That's all right.
16       A.    No.  Typically we have a mine site to
17   satisfy regulatory.  Have to have a phone line and a
18   place to have meetings if a safety meeting is
19   required.  So it's more for that purpose but it's not
20   a typical office in the sense of, you know, like a
21   bunch of computer equipment and office, you know,
22   office furniture, things like that.
23       Q.    And I know this is going to sound kind of
24   weird but I need to ask you this question so forgive

38

1    me.  Does Justice Energy have like any personal

2    property like antiques, jewelry, watches, coins, you

3    know, gold, diamonds, or anything like that?

4         A.   No.

5         Q.   Okay.

6              And I think we might have covered this but

7    Justice Energy doesn't have any bonds of any kind.

8    Does it?

9         A.   No.

10        Q.   Does Justice Energy have any lawsuits that

11   are pending against anybody?

12        A.   No.

13        Q.   And is Justice Energy other than in this

14   particular case, does it have any lawsuits against it?

15        A.   I don't believe so.

16        Q.   Does Justice Energy have any contracts to

17   either sell coal or produce coal with anyone?

18        A.   No.

19        Q.   And I take it Justice Energy doesn't have

20   any contracts with either the federal or state

21   government?

22        A.   No.  Just with the caveat of --- well no

23   it's not the permittee.  Sometimes people view mining

24   permits but it doesn't have a mining permits so no.

39

1      Q.    Because Justice Energy is not the permittee

2  that --- for mining the coal there at the Red Fox

3  site.

4      A.    Correct.

5      Q.    Does Justice Energy have any rental income?

6      A.    No.

7      Q.    And I think we may have already covered

8  this, does Justice Energy have any liens against it?

9      A.    Just what we discussed.  This particular

10 matter and then to the extent, it's subject to any of

11 Blue Stone's resources, like it's security agreements

12 as its parent company.  But short of that, no other

13 liens.

14     Q.    And does Justice Energy have any trust

15 accounts of any kind?

16     A.    No.

17     Q.    Do you know if there's a separate Dun and

18 Bradstreet report for Justice Energy?

19     A.    Not that I'm aware of.

20     Q.    Does Justice Energy ever pay any dividends

21 to anybody?

22     A.    No.

23     Q.    So as we sit here today, what is the capital

24 of Justice Energy?  Does it have any capital assets?

40

1      A.    In the --- just so I understand the

2   question, in the form of like stockholder equity

3   capital?

4      Q.    Yes.

5      A.    I would have to look at the financial

6   statement to answer that for sure.

7      Q.    Okay.

8            We're going to talk about a couple that I

9   received ---

10     A.    Okay.

11     Q.    --- in just a minute so.  I'm not sure how

12   to phrase this but I'll do the best I can.  Why does

13   Justice Energy exist if it's really not owning

14   anything?  What's the purpose of Justice Energy?

15     A.    Justice Energy when it was first formed was

16   formed to do exactly what it's doing today.  Which was

17   operate the Red Fox surface mine.  It's not uncommon

18   for operations to be siloed, for lack of a better

19   description, when collective bargaining agreements are

20   involved.

21            And so, its purpose was and is to operate

22   the Red Fox surface mine.  For a long time, in the

23   early 2000s and even, you know, approaching 2010, that

24   mine was an extremely profitable mine.  It's in latter

41

1    stages. What's left is difficult to mine from a mining

2    stand point.  So the metallurgical coal market is

3    still good but this is --- this is not the easiest to

4    mine coal for that particular mine.  So the costs are

5    a little higher and then what coal is encountered, the

6    quality can be a little more erratic than what was

7    experienced the first 10 or 12 years of the mine.

8            So, you know, it's doing what it was created

9    to do.  It's just that what it's doing is more

10   difficult than it was historically.

11       Q.   So basically Justice Energy is kind of a ---

12   and I don't want to make light of this but, it's kind

13   of a shell company whose purpose is really just to

14   operate the Red Fox mine.

15       A.   Its purpose is to operate the Red Fox mine.

16   I don't know that I agree with the shell company

17   description but that is its purpose.

18       Q.   All right.

19            And in terms of the reserves that are still

20   left of the Red Fox mine site, has there been an

21   estimate recently or within the last few years of how

22   much is still left there at the Red Fox mine site?

23       A.   Yes.

24       Q.   And what is that?  What's been the estimate?

42

1      A.   I think the total tonnage number is in the

2  four million ton range.  I think the minability of

3  some those tons is questionable.  And that there have

4  been, mining studies to determine the best way to try

5  and maximize the recovery of that coal.

6           And I think that under some of those

7  scenarios that the recoverable amount, you know, is

8  about 30 or 40 percent of that four million.  Not all

9  of it is recoverable.

10                ATTORNEY CAREY:   To clarify, was that

11  within the permit or on the property?

12                THE WITNESS:   That's the property.

13  BY ATTORNEY WESTFALL:

14      Q.   In terms of the permit, how much is left?

15      A.   I don't know that distinction.  I just know

16  that that study was done for the whole property.

17      Q.   And who did the study?

18      A.   It was done in conjunction with, I can't

19  remember if we technically did it.  We being Justice

20  Energy or Rowland Land Company did it.  But it was

21  part of that lease process.

22      Q.   Was there an outside group like an

23  individual group or some sort of professional coal

24  group that came in to do the estimate?

43

1          A.     The principal person that I deal with at

2     Rowland Land Company, his name is Andy Fox.  He's a

3     professional engineer by trade.  And I don't know if

4     he outsourced that or if he just did that himself.  I

5     can't recall.

6          Q.     Okay.

7               Let's take a look at Exhibit 2 and 3 for

8      the ---.

9                            ---

10                    (Whereupon, United States Exhibit 2,

11                    Balance Sheet 12/31/16, was marked

12                    for identification.)

13                    (Whereupon, United States Exhibit 3,

14                    Balance Sheet 12/31/17, was marked

15                    for identification.)

16                            ---

17                    ATTORNEY CAREY:  Fred, are those the

18     balance sheets?

19                    ATTORNEY WESTFALL:  Yes, they're the

20     balance sheets for 2016 and 2017.

21     BY ATTORNEY WESTFALL:

22          Q.     Now I believe you mentioned before that

23     during this period, basically in 2016 and 2017,

24     Justice Energy was not really doing any operations

44

1    other than selling these stockpiles that were at the

2    site.

3             Is that correct?

4        A.    Correct.

5        Q.    Okay.

6             They weren't actively mining at that time?

7        A.    No.

8        Q.    Okay.

9             Let's take a look at Exhibit 2 which is the

10   unaudited balance sheet for the period ending December

11   31, 2016.   Just looking at the first page, it says

12   under accounts receivable there was $18,000.  Do you

13   know what that was for?

14       A.    When we looked at this, it was a carryover

15   from the prior year.  And to be honest with you, I

16   think it's a mistake.  But we --- while this process

17   is going on, we'd not attempted to make any changes to

18   our book.  But it was just a carryover from the prior

19   year.

20       Q.    Okay.

21             And let's take a look at the next item, it

22   says under inventory and its produced coal, that's

23   listed at $905,164.20.  Was this the stockpile that

24   was on the site?

45

```
 1        A.    Yes.

 2        Q.    And had --- was that sold?

 3        A.    Yes.

 4        Q.    And so there's no more left really of that

 5   stockpile.

 6              Is that correct?

 7        A.    That's correct.

 8        Q.    And looks like under the next section, where

 9   it says non-current assets, fixed assets.  And it had

10   fixed assets of $42,771,527.55.  What were those fixed

11   assets?

12        A.    So when I looked at this number, the first

13   thing I did is to look at the depreciation schedule.

14   Because typically, on our financial statements, fixed

15   assets is just everything that's on the depreciation

16   schedule.

17              That number seemed incorrect to me.  It

18   seemed way too high for what Justice Energy does and

19   was doing at the time.  And when I reviewed the

20   depreciation schedule, it included a significant

21   amount of underground mining equipment that was

22   actually owned by an affiliate of Justice Energy.  And

23   it also included a preparation plant that's in

24   Keystone, West Virginia that's not owned by Justice
```

46

1    Energy Company.

2            So that number is incorrect.  But what that

3    number reflects is everything that was on the

4    depreciation schedule, under Justice Energy's name as

5    of 12/31/2016.

6        Q.    Did Justice Energy own these fixed assets?

7        A.    No.

8        Q.    Who prepared Exhibit Number 2?

9        A.    Exhibit Number 2 is generated from the

10   accounting system, which is called MAS 200.

11       Q.    And who has responsibility over that system?

12       A.    That has changed.  You know, prior to the

13   end of 2016 our senior accountant, her name was Amanda

14   Bulggs.  She's a CPA.  She left at the end of the year

15   to take another job to be closer to where her family

16   lives.  But at the time, these statements were

17   generated, I asked Amanda to generate these.  And she

18   generated them for me.

19       Q.    When did you say that she left?

20       A.    It was right at the end of 2018.  There may

21   have been like a week carry over in to this year but

22   it was right at the end of the year.

23       Q.    And do you know where she resides?

24       A.    She currently, at least she told me, she was

47

1      moving Bristol.  I don't know if that's Virginia or

2      Tennessee.  But I know it's right on the state line.

3          Q.    Okay.

4              And under other assets, there's like some

5      pre-paid expenses and pre-paid insurance.  I take it

6      the insurance is what we talked about earlier as going

7      through the --- that's the share that Justice Energy

8      has to pay over at the group policy.

9              Is that correct?

10         A.    Yes.

11         Q.    And the pre-paid expenses, do you know what

12     those are?

13         A.    That, I can't tell just by looking at this

14     but typically for Justice Energy is would be, you pay

15     the railroad rent in advance.  And then sometimes you

16     know, they'll prepay for fuel and things like that.

17     But it would fall in to a category similar to that.

18         Q.    Let's take a look under the liabilities and

19     stockholders' equity on Exhibit Number 2 for just a

20     moment.  Under the current liabilities has accounts

21     payable of over $900,000.  Do you know what that was

22     for?

23         A.    Just general operating expense for operating

24     the mine.

48

1      Q.    And at this time, as I understand, the mine

2  was not operational.

3           Is that correct?

4      A.    That's correct.  Yes.

5      Q.    So why would there by an accounts payable

6  for that?

7      A.    It could have been carryover.  So, it --- I

8  can't tell just by looking at this particular

9  financial statement.  But that would have been the

10 total amount outstanding at the time.  So some of that

11 could be really old and some of that would be just

12 general upkeep.

13           I mean, in 2016 it was the time that we were

14 selling the stockpiles that you would have a coal

15 loader.  You would have some ongoing reclamation to

16 comply with.  Regulatory law, things like that.

17     Q.    And under the accrued expense, it looks like

18 it's about almost $7.4 million.  Do you have any idea

19 of what that is?  Or what that's for?

20     A.    I can't tell just by looking this.  No, sir.

21     Q.    And the accrued coal taxes, I take it that

22 would be on the stockpile.  Maybe some carryover.

23           Is that correct?

24     A.    Yeah.  Typically those don't drag out too

49

1    long so I think it would be associated with the

2    stockpile.

3         Q.    Take a look at the second page of Exhibit

4    Number 2 for just a moment please.  Consolidated

5    income statement is unaudited for the 12 months ending

6    December 31, 2016.  We talked about the coal sales.

7    That's from the stockpile that was on the property.

8         Is that correct?

9         A.    Yes.

10        Q.    And then it has general revenue of $1.6

11   million.  Do you know where that came from?  Or what

12   that represents?

13        A.    I can just tell you typically on our

14   financial statements what that would represent.  I

15   can't tell specifically on this one.  It would either

16   be the sale of something that is not coal or --- and I

17   don't know why our accounting system does this, but if

18   there were an inventory adjustment.  So they found out

19   there were more coal there than they realized, it

20   shows up as a general revenue adjustment.  When they

21   book the additional inventory.

22        Q.    And Amanda would have been the person that

23   would be able to tell us where they came from, I take

24   it.      Is that correct?

50

1      A.   Yes.

2      Q.   Okay.

3           As we go to cost of revenue, the employee

4  expenses are the employees that were working there at

5  the mine.

6           Is that correct?

7      A.   Yes.

8      Q.   Blasting expense, I take it somebody had to

9  do some blasting work at the mine during that 12 month

10 period.

11     A.   Probably related to some reclamation work.

12 A lot of the time with reclamation they need

13 additional material to reclaim high walls.  And it

14 will require a little bit of blasting.

15     Q.   And then there's a contract labor item.

16 What is that for?

17     A.   We were using a third party to provide the

18 laborer.  Some of that relates to the fact that it was

19 a union job.  And starting and stopping union jobs can

20 be somewhat problematic.  And so, a third party was

21 providing the labor.

22     Q.   And under legal settlements it says $1.23

23 million.  What is that?  Is that the civil penalty in

24 this case?

51

1        A.    That's the civil penalty.   The accountants

2   recorded that.

3        Q.    And the rest of these expenses other than

4   depreciation basically are all expenses for activity

5   on the mine site.

6              Is that correct?

7        A.    Yes.

8        Q.    Let's look at Exhibit Number 3 for just a

9   moment.   This is the consolidated balance sheet for

10  the period ending December 31, 2017.   In looking over

11  Exhibit Number 3, that $18,000 receivable item still

12  appears to be there.

13             Is that correct?

14       A.    Yes.

15       Q.    And then under the --- there's no ---

16  there's a list for marketable securities just like in

17  the previous Exhibit 2 and that's zero.

18             Is that correct?

19       A.    Correct.   Yes.

20       Q.    And then under inventory, it looks like you

21  must have sold all of the stockpile because it says

22  there's no further inventory.

23             Is that correct?

24       A.    Yes.

52

1          Q.    And again on the fixed assets, this is what

2     we discussed earlier, you're not sure where that came

3     from. Other than it's for equipment perhaps from other

4     sources other than Justice Energy.

5          A.    Yes.

6          Q.    Okay.

7                     ATTORNEY CAREY:    And you mentioned the

8     prep plant too.

9     BY ATTORNEY WESTFALL:

10         Q.    And the prep plant, which is over in

11    Kentucky somewhere, I believe you said.

12               Right?

13         A.    It's in Keystone.

14         Q.    Keystone.

15         A.    Yes.

16         Q.    Okay.

17               And in terms of looking at this other items

18    on the liability stockholder equity, it pretty much is

19    similar to what we talked about in Exhibit Number 2.

20    The same basic sources.

21               Is that correct?

22         A.    Yes.

23         Q.    Looking at the second page of Exhibit Number

24    3. It looks like there's an item for bank fees of

53

1    $732.38.  Do you have any idea what that was for?

2         A.   Not specifically.

3         Q.   Okay.

4              And the fines and penalty, what was --- I

5    take it did MSHA cite you for something or ---?

6         A.   That's what the category represents.  Either

7    MSHA or DEP.

8         Q.   Okay.

9              Let's take a look at Exhibit 4 for just a

10   moment.  I received this yesterday.

11        A.   Yes.

12        Q.   And I kind of wanted to ask you a couple

13   general questions on ---.

14              ATTORNEY CAREY:  Can you put the Bates

15   numbers on ---?

16              ATTORNEY WESTFALL:  It's 179.  It's the

17   property tax.

18              ATTORNEY CAREY:  Okay.  The return?

19              ATTORNEY WESTFALL:  Yeah.

20                        ---

21              (Whereupon, United States Exhibit 4,

22              Property Return for Justice/Bluestone,

23              was marked for identification.)

24                        ---

Sargent's Court Reporting Service, Inc.
1-800-727-4349

54

BY ATTORNEY WESTFALL:

1

2      Q.   Let me just ask you some questions here.
3  Just kind of going through this.  Under machinery and
4  equipment, it looks like this return goes from --- I
5  don't know if it really technically goes from 1997
6  forward to 2016 for this first part of it.

7           But it looks like in 2011, there was $5.9
8  million in equipment.  And then in 2012, I'm assuming
9  that that's $2.4 million.  Was this part of the ---
10 the equipment that's listed here, was this part of the
11 --- did this equipment include the Caterpillar
12 equipment that was eventually returned to Caterpillar
13 Financial?

14     A.   Some of it, yes.

15     Q.   Okay.

16          And in 2016, it shows that there's machinery
17 and equipment of $1.63 million.  What I'm trying to
18 find out is why did that number decrease from 2011 to
19 2016 other than the Caterpillar situation?

20     A.   In my understanding of how this form works
21 is you have to look at this columns cumulatively.  And
22 so it's not necessarily a decrease.  Those are
23 additions for that particular year.  And then they,
24 you know, like for example if you look at the 2004,

55

1    which for us that would have just been a carryover of

2    what Mechel, the prior owner was doing.  But, you

3    know, that's only getting valued at 20 percent because

4    it's so heavily depreciated.

5            Whereas the equipment that was added in

6    2016, they're valuing at 92 percent.  So this is a

7    cumulative list of --- of everything that was at the

8    mine.  But everything 2012 and forward would have just

9    been a carryover of what had been previously

10   submitted.

11       Q.   And just so I make sure that I understand,

12   that the amount that's listed for 2016, is that actual

13   physical equipment owned by Justice Energy?

14       A.   Yes.  That was added in 2016 and it could

15   have been equipment that --- the way that our folks do

16   this and the person at the time, her name --- she no

17   longer works for the company either, but her name was

18   Jaime Fulcher.  She was looking at what was actually

19   there at the mine site.  And if it was not already

20   submitted in a prior year, she was adding it to the

21   return to make sure that it accurately reflected what

22   was there.

23            I think the problem she was having on this

24   particular return is that it was being submitted

Sargent's Court Reporting Service, Inc.
1-800-727-4349

56

1    jointly for Blue Stone Resources and Justice Energy

2    Company.   And it had a lot of old information that was

3    previously submitted by Mechel OAO.

4         Q.   And so really, some of this equipment that

5    we're talking about contained in this tax pay --- or

6    this return for 2017 personal property, you know,

7    excuse me, industrial property return for 2017, is

8    most likely equipment that's owned by Blue Stone

9    Resources.

10        A.   Correct.

11        Q.   Okay.

12             Let's take a look at page 184 or at least

13   it's page stamp is 184 on Exhibit Number 4 for just a

14   moment.

15             There's a listing of equipment and it looks

16   like over on the left hand --- on that particular page

17   says dispose.  I take it, is this equipment that was

18   disposed of?

19        A.   Yes.

20        Q.   Okay.

21             And I'm going through this.  So it looks

22   like on pages 184 and 185, that this is equipment that

23   somehow either Blue Stone or Justice Energy disposed

24   of.

57

1          Is that correct?  If you can tell.

2     A.    I can't tell for sure but I can tell you

3  what the intent here is because certain machines were

4  included in those prior years on the cover page.

5     Q.    Uh-huh (yes).

6     A.    Was to go through and try to clear up things

7  that were no longer there.  Which was somewhat

8  difficult because many of these items had been

9  disposed of previously by Mechel when they owned it.

10         But it was an effort to try to get a, for

11  lack of a better description, a baseline since our

12  ownership in 2015.  Because there were a lot of old

13  things that were still on the return that just weren't

14  there anymore.

15    Q.    And so, when I look at pages 186 and 187 of

16  Exhibit Number 4, again this is the continuation.

17  This is still dealing with some of these issues in

18  terms of what equipment is still there and what's not

19  that.

20         Is that correct?

21    A.    Yes.

22    Q.    Okay.

23         If like I'm looking at the bottom of page

24  187 and I see a lot of Caterpillar equipment listed.

58

1    And I'm assuming that Caterpillar equipment is no

2    longer there because it was returned back to

3    Caterpillar.

4              Is that right?

5         A.    Most of it was, yes.

6         Q.    All right.

7         A.    On that page 187, for example, the one

8    reason I hesitate to say that all of this was disposed

9    of is and now they're complete junk but those 793s

10   that are handwritten.

11        Q.    Yes.

12        A.    Some of those Caterpillar rock trucks that

13   are really nothing more than the frame are still on

14   the site up there.

15        Q.    So they're ---?

16        A.    And so I can't tell if she was intending to

17   dispose of them from a value standpoint because it was

18   no longer an operating piece of equipment.   Because

19   it's truly just a frame but ---.

20        Q.    Basically scrap.

21        A.    Correct.   That was my only hesitation in

22   saying that all of them were disposed of per se.

23   Because those 793s were not transferred to a third

24   party but they have become scrap.

59

1       Q.   Okay.

2            Let's look at page 188 for a moment.  This

3  is the industrial property return for 2018.  And

4  again, looking at this, I see it's going back again

5  for prior years and so on.  And it looks like there's

6  been some updating of the numbers.  In that first

7  thing, first listing under machinery and equipment on

8  page 188.  Because some of those numbers are much

9  greater than what they showed up on page 179.  Do you

10  know why the difference is there?

11      A.   I think this is a continuation of the effort

12  to get the baseline right.  Because previously we had

13  been working with a lot of numbers provided by the

14  prior owner.  And this is --- I'm trying to see who

15  worked on this one.  This is Jaime Fulcher.  I just

16  recall Jaime spent a tremendous amount of time working

17  with the counties, trying to get these number right.

18          Because she felt like a lot of the numbers

19  that had been submitted by Mechel were not accurate.

20  And so she was trying to get them right.  It --- I

21  will tell you when I first saw that, it jumped out at

22  me because the old numbers in theory shouldn't change.

23   Because whatever it was for that year, you know,

24  that's what it was.  But we were trying to get this

60

1    cleaned up so it was more accurate going forward.

2        Q.    And again, as we discussed before, this

3    equipment we're talking about listed on the property

4    tax or excuse me industrial property tax return for

5    2018 that starts on page 188, is really equipment

6    largely owned by Blue Stone Resources.

7        A.    Correct.

8        Q.    Let's take a look at industrial property tax

9    return for 2019 that starts on page 192.  Because when

10   I look at that, I see a lot of those areas we talk

11   about it forward had been large numbers on the

12   previous return for 2018 like in, like for the year

13   2013 on page 192 are now left blank.

14        But it looks like there was some property

15   listed here as being acquired in 2018.  About $2 ---

16   or if I read that correctly, about $2.2 million.  Do

17   you know what that equipment was?

18        A.    Yes.  If you look at page 196, those top

19   one, two --- four machines.  Blue Stone Resources

20   acquired --- when the job restarted in 2018, Blue

21   Stone Resources acquired those machines to help with

22   the restart of the Justice Energy operation.

23        Q.    And as I look at page 196, Blue Stone

24   Resources owns the equipment but shows that the

61

1    location for all of the equipment is at Justice

2    Energy.

3            Is that correct?

4       A.   Yes.

5       Q.   Okay.

6               ATTORNEY CAREY:  Just for clarification,

7    please.

8               ATTORNEY WESTFALL:  Sure.

9               ATTORNEY CAREY:  Some of that equipment

10   is actually owned by Justice Energy though.

11              Correct?

12              ATTORNEY WESTFALL:  At the bottom.

13              THE WITNESS:  So if you look there's

14   really two different categories.  There's a separation

15   after about the fourth of fifth line.  All those

16   machines at the top were added in 2018.  Which is the

17   2018 line item that you and I just discussed.

18   Everything below that are items that were at Justice

19   Energy when it was reacquired in 2015.

20   BY ATTORNEY WESTFALL:

21      Q.   Okay.

22              Let me ask you this question and to kind of

23   clear this up.  I look at page 196 on Exhibit Number

24   4.  The top item on it has an acquisition cost of

62

1    $2.247 million with an owner's value of $2.022

2    million.

3            Is that correct?

4        A.    Yes.

5        Q.    And those particular items are owned by Blue

6    Stone Resources.

7            Is that right?

8        A.    Correct.

9        Q.    Then underneath that, I see a listing of

10   several items.  Which it looks like the owner's value

11   is totaled to be $2.5 million.  Are those the ones

12   that are owned by Justice Energy?

13       A.    Yes.

14       Q.    And all of those items are owned by Justice

15   Energy?

16       A.    I believe so.  Yes.

17       Q.    All right.  Let's look at Exhibit 5.  And

18   this is an equipment list.  And it actually looks like

19   5 and 6.  I don't know.  When I got them, they were

20   two separate documents but then they run together

21   actually.

22            Let me ask you that question first.  If you

23   look at Exhibits 5 and 6, is this kind of a running

24   list that runs together or are they actually separate

63

1    documents?

2                              ---

3                    (Whereupon, United States Exhibit 5,

4                    Equipment list as of 1/21/15, was marked

5                    for identification.)

6                    (Whereupon, United States Exhibit 6,

7                    Depreciation lists 2014-2017, was marked

8                    for identification.)

9                              ---

10   BY ATTORNEY WESTFALL:

11       A.   They run together.

12       Q.   Okay.

13                  ATTORNEY CAREY:  And can you give me the

14   Bates numbers for that?

15                  ATTORNEY WESTFALL:  Starts with 001.

16                  ATTORNEY CAREY:  Okay.

17                  ATTORNEY WESTFALL:  And it looks like it

18   goes through 178.

19                  ATTORNEY CAREY:  178.  Okay.  And you

20   made all that five?

21                  ATTORNEY WESTFALL:  No.  Five is 1

22   through 100.  And then 101 through 178 is Exhibit

23   Number 6.

24                  ATTORNEY CAREY:  Okay.  Thank you.

64

BY ATTORNEY WESTFALL:

1

2      Q.    So just generally tell me what 5 and 6 are

3  please.

4      A.    Okay.  So 5, if you see on the top left hand

5  corner of page --- Bates stamp 001 equipment list as

6  of January 21st, 2015.  This was a list generated from

7  Mechel.  The transaction ultimately closed on February

8  12, 2015 when it was reacquired.  And this was a list

9  they generated that was intended to represent all the

10 equipment that they valued at greater than $450,000.

11 And that list goes over to Bates number 003.

12     Q.    Okay.

13     A.    And that's for all companies.  Not just

14 Justice Energy.  All of the Blue Stone companies.

15     Q.    And then we start with 004.  This is a

16 depreciation expense report.

17           Is that correct?

18     A.    Correct.

19     Q.    And how far does that carry over, to what

20 page?

21     A.    I think it's 53.  Yeah 53.

22           Yes, so this is the full depreciation report

23 as of 12/31/14.

24     Q.    Okay.  Let me stop you.

65

```
 1        A.    I'm sorry.
 2        Q.    Okay, pages 1 through 53 represents the list
 3   of equipment over $450,000.  Basically at the time ---
 4   almost at the time you were closing the deal to
 5   reacquire the group.
 6              Is that correct?
 7        A.    Only pages 1 through 3 for that- --
 8        Q.    I'm sorry.
 9        A.    --- for that description.
10        Q.    Okay.
11              And then you have a depreciation list
12   dealing with that equipment going from 4 through 53.
13        A.    Correct.  That was the 12/31/15 year end
14   depreciation report for all of Blue Stone that Mechel
15   provided to us.
16        Q.    Okay.
17              Now --- starting at page 54 which is part of
18   Exhibit Number 5, it still says depreciation expense
19   report.
20        A.    Correct.  And this is --- this ties back to
21   pages --- Bates stamped pages 1, 2, and 3.  This is
22   the depreciation report as of 12/31.  And pages 1, 2,
23   and 3, they were attempting to roll it forward to a
24   date closer to the closing date.
```

66

1      Q.    Okay.

2            Let's take a look at page 56 for just a

3      moment.

4      A.    Okay.

5      Q.    This is again in Exhibit Number 5.  There's

6      some equipment there listed for Justice --- as Justice

7      Energy being the owner.  And it's equipment list as of

8      January 21, 2015.  Is this equipment that was actually

9      owned by Justice Energy?

10     A.    Yes.

11     Q.    And where is that equipment now, if you

12     know?

13     A.    Some of that Caterpillar equipment was the

14     equipment that was turned in.  And I'll have to double

15     check but I think a couple of these items are still

16     there.  They're on the most recent industrial property

17     tax return.

18     Q.    Okay.

19           So like the Hitachi hydraulic excavator may

20     still be there?

21     A.    The Hitachi excavator is not there.  It ---.

22     Q.    Where --- I'm sorry.  Where is it now?

23     A.    I believe it has been sold.

24     Q.    Do you know when it was sold?

67

1          A.    Not specifically.

2          Q.    Was it sold after 2016?  I mean, after

3    January 1 of 2016?

4          A.    I don't know the date.

5          Q.    Okay.

6                    ATTORNEY CAREY:  We can find that out

7    for you, Fred.

8                    ATTORNEY WESTFALL:  Yeah, I need to know

9    that.

10   BY ATTORNEY WESTFALL:

11         Q.    Right.  Starting with page 57.  Looks like

12   another depreciation expense report as of December 31,

13   2014.  And it looks like that carries through the end

14   of Exhibit 5, if I'm not mistaken.  Can you tell me

15   what that is please?

16         A.    It's the same report that started at Bates

17   number 004.  Both of these were provided to us by

18   Mechel. I am not sure what the difference is.  The

19   bottom line numbers are different.  Just by looking at

20   the two, I couldn't --- eyeballing it, I couldn't find

21   the difference other than to say that the numbers were

22   different.

23         Q.    Again, looking at Exhibit 5, starting with

24   page four.

68

1      A.    Okay.

2      Q.    On these depreciation expense forms not only

3  this one but the one we were just referencing that

4  started on page 57.  Let's take a look at those for

5  just a moment.  There's some --- if you look at where

6  it says location on these reports ---

7      A.    Yes.

8      Q.    --- and there's some like initials, like

9  BCC.  Now BCC is Blue Stone Coal Group.

10          Is that correct?

11     A.    Blue Stone Coal Corporation.

12     Q.    Corporation.  I'm sorry.

13     A.    Yeah.

14     Q.    And then there's some others as we go down

15  through here.  There might be some other listing of

16  places so those initials are the listings there for

17  location will tell us the natural location of the

18  equipment.

19          Is that correct?  At the time of the report

20  is prepared.

21     A.    So the BCC would be intended --- yes.

22  There's some companies, like Blue Stone Coal

23  Corporation, at the time they were operating had

24  multiple sites.  And so, they could have a separate

69

1    code for some of those different sites.  Like Justice

2    Energy is just a single site though.  So when you see

3    Justice Energy you know that that's only Justice

4    Energy.

5              I'm trying to find an example of that.

6         Q.   No, let's take a look at page 42 of the

7    Exhibit Number 5 for just a moment.  As I look here,

8    for example, it says location equal JHMI.

9         A.   Yes.

10        Q.   And what is this JHMI.

11        A.   Justice Highwall Mining, Inc.

12        Q.   So that would tell us, in that particular

13   category, would list like whatever number in it.  And

14   they're all located at JHMI.

15             Is that correct?

16        A.   Yes.

17        Q.   And like on page 43, it says location equal

18   Justice Energy.  And it looks like, I'm not sure how

19   many items.  I didn't count them up.  But that

20   continues over to, it looks like page 44 of Exhibit 5.

21   Those are particular pieces of equipment at that time

22   that were located at Justice Energy.

23             Is that correct?

24        A.   Yes.

70

1     Q.    Now let's take a look at page 54, Exhibit

2   Number 5 for just a moment.  There's another listing

3   here.  It's depreciation expense report.  And again,

4   it's got location and it has the initials.  That would

5   tell us basically the companies were these particular

6   items of equipment were located.

7          Is that correct?

8     A.    Yes.

9     Q.    Back on page 55, there's six items listed

10  for Justice Energy and I think as we already discussed

11  some of those Caterpillar equipment that eventually

12  was turned back over to Caterpillar.

13    A.    Correct.

14    Q.    So really, looking at Exhibits Number 5 and

15  Number 6, we talked about the depreciation expense

16  report but the kind of --- again, these locations are,

17  if you look here where it says like just on page,

18  excuse me, page 101 on Exhibit Number 6 on the first

19  page.  It lists some equipment and has Justice Energy

20  for example.  Those would be the pieces of equipment

21  associated with Justice Energy.

22          Is that correct?

23    A.    Yes.

24    Q.    And others may have different --- like

71

1    there's one here, it looks like --- I'm assuming is

2    Keystone Services or something, like on page 102.  For

3    example would have equipment associated with that

4    particular site or location.

5        A.    Yeah.  Keystone Services is an old

6    preparation plant in Keystone, West Virginia.  But

7    yes, that's correct.

8        Q.    And all of these, maybe I should --- I don't

9    want to read to, do it too summarily, but all of these

10   locations listed in Exhibit Number 5 and Number 6 are

11   part of the overall companies that are owned by

12   Justice II and Justice III.

13             Is that correct?

14       A.    Yes.  So each one of these would be a

15   different company.  And they would be owned by the

16   chain we discussed earlier where the corporate parent

17   ultimately would be Blue Stone Resources.  And then

18   the individual shareholders would be JCJ II and JCJ

19   III.

20       Q.    All right.

21             Is there some way through the accounting

22   system of these various groups, that we can determine

23   what equipment was disposed of after January 5, 2016?

24       A.    I believe so, yes.

72

1        Q.    Okay.

2        A.    If I'm wrong about that, I'll let you know.

3    But I think there's a disposal report that can be ran.

4        Q.    Okay.

5              ATTORNEY CAREY:   So you want all the

6    disposal equipment after January 5, 2016?

7              ATTORNEY WESTFALL:   Well starting with

8    January 5, 2016 really.   From there going forward.

9              THE WITNESS:   With respect to Justice

10   Energy?

11             ATTORNEY WESTFALL:   Probably for all the

12   different companies.   I mean, I don't know how detail

13   or how involved that would be but probably for all the

14   companies.

15             ATTORNEY CAREY:   You're talking about

16   all the Blue Stone companies.

17             ATTORNEY WESTFALL:   Yes.

18             ATTORNEY CAREY:   Okay.

19   BY ATTORNEY WESTFALL:

20       Q.    If an ultimate decision of some sort had to

21   be made about Justice Energy as far as its future or

22   some sort of business decision of where to go in terms

23   of what direction and a future, who would ultimately

24   have the overall authority to make that decision?

73

```
 1        A.   I'm just trying to think of what ---.
 2        Q.   Let me rephrase the question.
 3        A.   Yeah, sorry.
 4        Q.   That's a poorly worded question and I
 5   apologize for that.  Let me be straightforward.
 6        A.   Sure.
 7        Q.   Justice III and Justice III.  If there's
 8   going to be some decision about what's going to happen
 9   with Justice Energy, would they be the ones that would
10   ultimately either approve or disapprove a decision of
11   what's going to happen with that particular company?
12   Since they're the owners through all the various
13   umbrellas.  Or not the umbrellas, through the various
14   corporate structures and so on.  Would they be the
15   ones that would have to make --- have the ultimate
16   authority to make a decision on the company?
17        A.   And just so I understand the question, do
18   you mean if the company would wind down or something
19   like that?
20        Q.   If the company was wind down, if it was a
21   major operational decision that had to be made about
22   the future of the company.
23        A.   To my knowledge, any operational decisions
24   today would solely be made by James C. Justice, III.
```

74

1       Q.   Okay.

2       A.   The reason I ask for that distinction is I'm

3  sure James C. Justice, II if it were a winding down

4  type question as a shareholder would have some say.

5  But all operational big picture decisions would be

6  made by James C. Justice, III.

7       Q.   And has that been the same since January of

8  2016?

9       A.   '17.

10      Q.   '17.

11           If I can have a couple minutes, I think I'm

12  about finished.

13                ATTORNEY CAREY:   We may have one more

14  page for you.  If it came in.  That might help ---

15                ATTORNEY WESTFALL:   Okay.

16                ATTORNEY CAREY:   --- focus things for

17  you.

18                          ---

19  (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)

20                          ---

21  BY ATTORNEY WESTFALL:

22      Q.   I'm going to show you what's been marked as

23  Exhibit 7 to assist the interview.  Can you tell me

24  what that is please?

75

1       A.   Yes.   I had asked David Stoneburner who

2   oversees the equipment for our companies to do a

3   physical inspection and inventory of what is actually

4   at the Justice Energy Red Fox mine.   And this is what

5   he provided me.

6                              ---

7                 (Whereupon, United States Exhibit 7,

8                 Revised Property list as of March 2019,

9                 was marked for identification.)

10                             ---

11  BY ATTORNEY WESTFALL:

12      Q.   Okay.

13           So this Exhibit 7 is a list of the equipment

14  that's actually located at the Red Fox mine.

15           Is that correct?

16      A.   Correct.

17      Q.   Who owns that equipment?

18      A.   So we added a column to this exhibit and the

19  items in yellow identify equipment that's owned by

20  someone other than Justice Energy.   And you'll see a

21  column that says owner, and most of it is Blue Stone

22  Resources.   There is one item that's owned by Southern

23  Coal.

24      Q.   So the items that are not highlighted in

76

1    yellow are actually owned by Justice Energy.

2             Is that correct?

3        A.   Yes.

4        Q.   And do you know if --- has the company

5    assessed any value to any of this equipment that's

6    actually owned by Justice Energy?

7        A.   Not recently.  Some of these and in fact,

8    most of those items appear on the June 2018 industrial

9    property tax return.  And so there was a value

10   associated at that time.  But nothing since then.

11       Q.   I see on Exhibit Number 7, and I'll hand

12   this back to you but there's two items that are listed

13   as scrap.  A Caterpillar 773 Lube Truck and an

14   International Lube Truck.  Other than those two scrap

15   items, are the other items on Exhibit Number 7 owned

16   by Justice Energy, are they actually used in the day

17   to day operation of the mine?

18       A.   No.  And I'm not sure why he did that

19   distinction only for those two because I know that the

20   793s, the Caterpillar 793C Mining Trucks they at least

21   several of them are scrap as well.

22       Q.   I think you mentioned earlier that they're

23   basically down to the frame.

24       A.   Several of them are, yes.

77

1          Q.   Now, we had an off the record conversation

2     concerning differences between Exhibit Number 1 and

3     the other exhibits that were produced.  And there's

4     differences obviously between Exhibit Number 1 and the

5     other exhibits.  And this is the opportunity for you

6     to explain why there's a difference.  Can you tell me

7     why there's a difference between exhibit --- what's

8     listed on Exhibit 1 and these other exhibits?

9          A.   Yes.  When I was preparing Exhibit Number 1,

10    I was collecting the financial statement form Amanda

11    Boggs, and when I received those financial statements

12    I noticed the large equipment number that was on the

13    balance sheet. And undertook to take a review of the

14    depreciation schedule.  And when I did that, it became

15    obviously to me that there was an error on the

16    depreciation schedule.

17             And that it included several items that were

18    not at Justice Energy or owned by Justice Energy.  And

19    so at that point, I, for lack of a better

20    description, interviewed David Stoneburner and a

21    couple people that worked for him.  One gentlemen's

22    name is Whitt Broce. To ask them to provide me

23    with the equipment that is actually owned by Justice

24    Energy.

78

1          And at that point, they advised me that

2     they believed all of that equipment was owned by

3     Blue Stone Resources that was at the Red Fox mine.

4     And so, I did a little bit further research to see

5     if Justice Energy had paid any property taxes or

6     anything like that.  And I could not find that they

7     had.

8          So we submit --- we were up against

9     a deadline so we submitted the form which is

10    Exhibit 1.  That following week, Mr. Stoneburner

11    approached me and said I had found that the

12    information I gave you last week was inaccurate.

13    And he provided me with the 2019 personal property

14    tax return.  He actually had to reach out to McDowell

15    County to get a copy of that.  We did not have it

16    in house.

17         And at that point, we immediately started

18    trying to put the pieces together.  Going back to

19    2015 to figure out exactly what equipment originated

20    at Justice Energy.  What was there today and piece

21    the two together.

22    Q.    Looking at Exhibit 7 for just a moment, is

23    that the only --- is that a list of the only

24    equipment that remains owned by Justice Energy?

79

1    Or is there other potential equipment owned by

2    Justice Energy that's not on Exhibit Number 7?

3         A.    This is the complete list.

4         Q.    Okay.

5              And so, if we want to determine --- let

6    me ask the question this way, is it possible for

7    your company records to determine what equipment

8    existed as of January 5, 2016 owned by Justice Energy

9    and what's been disposed of between that date up to

10   the present day?

11        A.    I can't say for sure but I think that is

12   possible.  If I had to guess.

13        Q.    All right.

14              ATTORNEY WESTFALL:  That's all that I

15   have.  Thank you very much.

16                        ---

17                    EXAMINATION

18                        ---

19   BY ATTORNEY CAREY:

20        Q.    Steve, just in term of Exhibit 1, you

21   can testify on that.  At the time you submitted

22   did you believe at the time that the information

23   was true and accurate based on the inquiry that you

24   had done at that point?

80

1      A.   Yes, I did.

2      Q.   And it was subsequent to submitting

3  that you realized that based on your discussion with

4  Mr. who?

5      A.   Stoneburner.

6      Q.   That is may not be accurate.

7          Is that correct?

8      A.   Yes.

9      Q.   And at that time did you advise both John

10  and I that it needed to be, further inquiry need

11  to be made to make sure the information that was

12  being provided pursuant to this proceeding was

13  accurate?

14      A.   Yes.  As soon as I became aware of that.

15  I reached out to counsel to let them know.

16      Q.   Okay.

17          ATTORNEY WESTFALL:  And that inquiry

18  led to the generation of the Exhibits 2 through 7.

19          Is that correct?

20          THE WITNESS:  That's correct.  Yes,

21  sir.

22          ATTORNEY WESTFALL:  That's all I've got.

23   Thank you.  You want him to ---?

24          ATTORNEY CAREY:  Read and sign it.

81

1                         *  *  *  *  *  *  *  *

2              DEPOSITION CONCLUDED AT 11:58 A.M.

3                       *  *  *  *  *  *  *  *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

82

1  STATE OF WEST VIRGINIA)

2                    CERTIFICATE

3       I, Bradley Scott, a Notary Public in and for

4  the State of West Virginia, do hereby certify:

5       That the witness whose testimony appears in the

6  foregoing deposition, was duly sworn by me on said date,

7  and that the transcribed deposition of said witness is a

8  true record of the testimony given by said witness;

9       That the proceeding is herein recorded fully

10  and accurately;

11      That I am neither attorney nor counsel for, nor

12  related to any of the parties to the action in which

13  these depositions were taken, and further that I am not

14  a relative of any attorney or counsel employed by the

15  parties hereto, or financially interested in this

16  action.

17      I certify that the attached transcript meets the

18  requirements set forth within article twenty-seven,

19  chapter forty-seven of the West Virginia Code.

20

21                                          Bradley Scott
                                            _____
22                                          Court Reporter

23

24

Sargent's Court Reporting Service, Inc.
1-800-727-4349