# EXHIBIT 12

From: DoNotReply.WireConfirmations@BBandT.com <DoNotReply.WireConfirmations@BBandT.com>
Sent: Tuesday, January 26, 2021 3:29 PM
To: TREASURY@BLUESTONEENERGYGROUP.COM
Subject: BB&T Debit Wire Confirmation #secure# 2021012600010774



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2021012600010774 |
| **Value Date:** | 01/26/2021 |
| **Account Number:** | |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | |
| **Transaction Posting Time:** | 2021/01/26 15:23:19 |

**Amount:** 100,000.00   **Currency:** US Dollar

**Debit Party Information:** D/0000253839376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 9075678WTQP

**Originating Party Information:** /0000253839376
BRI
302 S JEFFERSON ST
ROANOKE, VA
US

**Credit Party Information:** G/102:5121601118918/
STANDARD-CHARTERED BANK, NY
INTL WIRE DUE FROM
7701 AIRPORT CENTER DR STE 2700
GREENSBORO NC 27409

**Beneficiary Bank Information:** S/CRESCHZH
CREDIT SUISSE AG
PARADEPLATZ 8
ZURICH,CH

**Originator to Beneficiary Information:** /CH51 0486 6173 3515 4200 0
DH-DHEKELIA SHIPMANAGEMENT LIMITED
KALLIOPIS, 7, AGLANTZIAS
NICOSIA, CYPRUS,
IBAN