# EXHIBIT 13

Screenshot of browser window showing dnb.com page.



HOME > BUSINESS DIRECTORY > MINING > UNITED STATES > VIRGINIA > ROANOKE > BLUESTONE RESOURCES INC.

# Bluestone Resources Inc.

## Company Profile

Get a D&B Hoovers Free Trial

**CORPORATION** **INDEPENDENT**

| | |
|---|---|
| Address | 302 S Jefferson St Ste 500<br>Roanoke, VA, 24011-1710<br>United States |
| Phone | (540) 776-7890 |
| Company Description | Bluestone Resources Inc. is located in Roanoke, VA, United States and is part of the Mining Industry. Bluestone Resources Inc. has 250 total employees across all of its locations and generates $4.51 million in sales (USD). |
| Key Principal | Jack Lundin |
| Industry | Mining<br>Coal mining services |

ON THIS PAGE
- Financial Statements
- Credit Reports
- Top Competitors
- Company Snapshot
- Related Companies
- Available Contacts - Free Plug-in!
- Industry Information

**D&B Email IQ**
Install plugin and receive up to 50 free email contacts per month!
FREE INSTALL

### D&B Hoovers
For dynamic search and list-building capabilities, real-time trigger alerts, comprehensive company profiles, and valuable research and technology reports try D&B Hoovers for free!

Get a D&B Hoovers Free Trial

## Financial Statements
Revenue in USD

🔒 Unlock complete financial statements

**ANNUAL REVENUE 2021**
**$4.51 million** USD

Dun & Bradstreet collects private company financials for more than 23 million companies worldwide. Find out more.

## Credit Reports
See detailed business credit reports on other businesses or your own.

What company are you attempting to contact?

(866) 287-8552 | EMAIL | CHAT

