## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**WHEREAS**, a Verified Complaint has been filed in the United States District Court for the Middle District of North Carolina on the 1st day of April 2021 styled as follows:

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| D/S NORDEN A/S ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUESTONE COAL SALES ) <br> CORPORATION and ) <br> BLUESTONE RESOURCES, ) <br> INC. ) <br> ) <br> Defendants. ) | **Civil Action Number: 1:21-CV-279** |

In a certain action to recover damages due and owing to said Plaintiff amounting to approximately USD 126,293.22, and praying in an Ex Parte Motion that a Writ of Attachment and Garnishment be issued against the Defendants pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and

**WHEREAS**, the Court having reviewed the Verified Complaint, Ex Parte Motion for Writ of Maritime Attachment and Garnishment, and Declaration and found that the conditions of Rule B appeared to exist and having entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment against said Defendants attaching property believed to be in the hands of garnishee Truist Bank (formerly BB&T Bank);

**NOW, THEREFORE**, we do hereby empower, strictly charge, and command you, that if said Defendants cannot be found within the District, you attach all tangible or intangible property of Defendants BLUESTONE COAL SALES CORPORATION and BLUESTONE RESOURCES, INC. *in rem*, USD 126,293.22, comprised of debts, credits, or effects including but not limited to: bank accounts, checks, payments made to, held or which may be receivable by, the said garnishee on behalf of the said Defendants, monies, disbursement advances, payments for goods or other services, documents of title, shares of stock or other financial instruments and any other funds, collateral or property of any kind belonging to, claimed by, or held for the benefit of, the Defendants, located and to be found at Truist Bank (formerly BB&T Bank), 7701 Airport Center Drive, Suite 2700, Greensboro

NC 27409, the garnishee, up to the amount sued for, to-wit: USD 126,293.22 and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

This the 9th day of April, 2021.

    /s/   Thomas D. Schroeder
United States District Judge

**NOTE:** Rule B(3)(b) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "The defendant shall serve his answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee."

**ISSUED FOR:**
E. Winslow Taylor
**Taylor & Taylor Attorneys at Law PLLC**
NC Bar #: 45533
418 N. Marshall St., Suite 204
Winston-Salem, NC 27101
Tel: 336-418-4745
Email: Winslow@t2legal.com
LOCAL ATTORNEY FOR APPLICANT

OF COUNSEL:
**Zeiler Floyd Zadkovich (US) LLP**

Luke F. Zadkovich
Edward W. Floyd
Eva-Maria Mayer
luke.zadkovich@zeilerfloydzad.com
ed.floyd@zeilerfloydzad.com
Telephone: (917) 999 6914
215 Park Ave South, 11th Floor
New York, New York 10003
**PRO HAC VICE ATTORNEYS FOR APPLICANT** (to be filed)