UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Civil Action Number: 1:21-CV-279

| | |
|---|---|
| D/S NORDEN A/S | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| BLUESTONE COAL SALES CORPORATION and BLUESTONE RESOURCES, INC. | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that Plaintiff D/S Norden A/S by and through its undersigned counsel voluntarily dismisses the above-entitled action against Defendants Bluestone Coal Sales Corporation and Bluestone Resources, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby files this notice of voluntary dismissal with the Clerk of Court before the service by Defendant of either an answer or motion for summary judgment.

[Signature Page to Follow]

1

This the 23rd day of April 2021.

    Respectfully submitted,

    By:

    /s/ Luke F. Zadkovich
    Luke F. Zadkovich
    Edward W. Floyd
    **Zeiler Floyd Zadkovich (US) LLP**
    luke.zadkovich@zeilerfloydzad.com
    ed.floyd@zeilerfloydzad.com
    Telephone: (917) 999 6914
    215 Park Ave South, 11th Floor
    New York, New York 10003
    **PRO HAC VICE ATTORNEYS FOR APPLICANT** (to be filed)

/s/ E. Winslow Taylor
E. Winslow Taylor
Daniel R. Taylor Jr.
Taylor & Taylor Attorneys at Law PLLC
NC Bar #: 45533
418 N. Marshall St., Suite 204
Winston-Salem, NC  27101
Tel.:  336-418-4745
Email: Winslow@t2legal.com
**LOCAL ATTORNEY FOR APPLICANT**

<br>

CERTIFICATE OF SERVICE

No individual or entity has made an appearance for the any of the Defendants.

2

Case 1:21-cv-00279-TDS-JEP   Document 5   Filed 04/23/21   Page 2 of 2